IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Patricia K. Wright, et al.,        )
                                   )
            Plaintiffs,            ) Case No. 1:10-CV-771
                                   )
     vs.                           )
                                   )
Bank of America, National          )
Association as Successor           )
by Merger to LaSalle Bank,         )
N.A. as Trustee for WAMU           )
Mortgage Pass Through              )
Certificates Series 2006-          )
AR19 Trust                         )
                                   )
                                   )
            Defendant.             )


O R D E R

On April 3, 2012, the Court entered an order (Doc. No. 53) which in part granted Bank of America, NA's motion for summary judgment on its counterclaim to enforce a state court judgment entered against Glenn and Patricia Wright. The same order set the matter for a hearing on the amount of the deficiency due and owing through the date of the hearing. The hearing was held on May 1, 2012. During the hearing, Bank of America established that deficiency on the state court judgment that is the subject of the counterclaim is $297,751.40. Hearing Ex. E. Accordingly, the Court enters judgment in favor of Bank

of America, NA, and against Glenn and Patricia K. Wright, in the amount of $297,751.40.

**IT IS SO ORDERED**

Date May 3, 2012                    s/Sandra S. Beckwith
                                  Sandra S. Beckwith
                           Senior United States District Judge